UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS LLC and BROADWING COMMUNICATIONS LLC.,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON UTILITIES AND TRANSPORTATION COMMISSION,<br><br>Defendants. | No. 08- CV -05563-RBL<br><br>**STIPULATED ORDER GRANTING QWEST CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO INTERVENE**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 07, 2008** |

The Washington Utilities and Transportation Commission ("WUTC"), Level 3 Communications LLC, Broadwing Communications LLC, and Qwest Corporation ("Qwest") stipulate to the entry of the order below granting Qwest leave to intervene in this proceeding.

//

| | |
|---|---|
| FOR QWEST CORPORATION: | NOTICE OF PRESENTATION WAIVED: |
| /s/ John H. Ridge<br>Timothy J. O'Connell, WSBA #15372<br>John H. Ridge, WSBA #31885<br>Lisa A. Anderl, WSBA #13236 | /s/ John H. Ridge (per authorization)<br>Lisa Faye Rackner, WSBA #39969<br>520 SW 6th Avenue, Suite 830<br>Portland, OR 97204-1514<br><br>Attorney for Petitioner Level 3 Communications |
| NOTICE OF PRESENTATION WAIVED: | NOTICE OF PRESENTATION WAIVED: |
| /s/ John H. Ridge (per authorization)<br>Lisa Faye Rackner, WSBA #39969<br>520 SW 6th Avenue, Suite 830<br>Portland, OR 97204-1514<br><br>Attorney for Petitioner Broadwing Communications | /s/ John H. Ridge (per authorization)<br>Jonathan Craig Thompson, WSBA #26375<br>PO Box 40128<br>Olympia, WA 98504-0128<br><br>Attorney for Respondent WUTC |

# [PROPOSED] ORDER

Having reviewed Qwest Corporation's Motion to Intervene, and being fully advised, the Court hereby ORDERS that the motion is GRANTED and that Qwest is hereby permitted to intervene in this action and shall have all rights of a party.

IT IS SO ORDERED this 9th day of October, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

1

2

3  Submitted by:

4  _/s/ John H. Ridge_
   Timothy J. O'Connell, WSBA #15372
5  John H. Ridge, WSBA #31885
   Stoel Rives LLP
6  600 University Street, Suite 3600
   Seattle, WA 98101
7  Phone: (206) 624-0900
   Email: tjoconnell@stoel.com
8  Email: jhridge@stoel.com

9  Lisa A. Anderl, WSBA #13236
   Associate General Counsel
10 Qwest Corporation
   1600 7th Avenue, Room 3206
11 Seattle, WA 98191
   Phone: (206) 398-2500
12 Email: lisa.anderl@qwest.com

13 Attorneys for Qwest Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26