FILED _____ LODGED
_____ RECEIVED

NOV 2 4 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

1

2 | |||||| |||||| ||||| ||||||| ||||| ||||| |||||| |||| |||||

3 | ||||||| ||| ||||||||| ||||| |||| ||| |||||

The Honorable ~~Karen L. Strombom~~
*Ronald B. Leighton*

4 08-CV-05563-ORD

5

6

7 **UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

8

9 LEVEL 3 COMMUNICATIONS LLC and
BROADWING COMMUNICATIONS LLC,

No. 08-CV-05563-~~KLS~~ *RBL*

10

11        Plaintiff,

**[~~PROPOSED~~] ORDER GRANTING
WASHINGTON INDEPENDENT
TELECOMMUNICATIONS
ASSOCIATION'S MOTION FOR LEAVE
TO INTERVENE**

12 v.

13 WASHINGTON UTILITIES AND
TRANSPORTATION COMMISSION,
MARK SIDRAN, PATRICK OSHIE, PHILIP
B. JONES

14

**NOTE FOR MOTION CALENDAR:**
November 14, 2008

15

16        Respondent.

17

18     This matter having come before the Court on the Washington Independent

19 Telecommunications Association's Motion for Leave to Intervene, and the Court being fully

20 advised in the matter does hereby enter the following order:

21

22

23

24

25

26 **[PROPOSED] ORDER GRANTING
WASHINGTON INDEPENDENT
TELECOMMUNICATIONS
ASSOCIATION'S UNOPPOSED MOTION
FOR LEAVE TO INTERVENE - 1**

Law Office of
Richard A. Finnigan
2112 Black Lake Blvd. SW
Olympia, WA 98512
(360) 956-7001

**[PROPOSED] ORDER**

Having reviewed the Washington Independent Telecommunications Association's ("WITA") Motion for Leave to Intervene, and being fully advised, the Court hereby ORDERS that the motion is GRANTED and that WITA is hereby permitted to intervene in this action and shall have all rights of a party.

IT IS SO ORDERED this 21st day of November, 2008.

_____

Hon. ~~Karen L. Strombom~~

*Ronald B. Leighton*

PRESENTED BY:

_____

Richard A. Finnigan, WSB #6443
Attorney for the Washington Independent
Telecommunications Association

Lisa Rackner, WSB #39969
520 SW 6th Avenue, Suite 830
Portland, OR 97219
Attorney for Petitioner Level 3 Communications
and Petitioner Broadwing Communications

NOTICE OF PRESENTATION WAIVED:

_____ for

Lisa Anderl, WSB #13236  *per telephonic authorization*
Qwest Corporation
1600 7th Avenue Room 3206
Seattle, WA 98191
Attorney for Qwest Corporation

NOTICE OF PRESENTATION WAIVED:

_____ for

Jonathan Thompson, WSB #26375  *per telephonic authorization*
Assistant Attorney General
1400 S. Evergreen Pk Dr SW
Olympia, WA 98504-0128
Attorney for Respondent WUTC

**[PROPOSED] ORDER GRANTING
WASHINGTON INDEPENDENT
TELECOMMUNICATIONS
ASSOCIATION'S UNOPPOSED MOTION
FOR LEAVE TO INTERVENE - 2**

Law Office of
Richard A. Finnigan
2112 Black Lake Blvd. SW
Olympia, WA 98512
(360) 956-7001