**Judge Ronald B. Leighton**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC and BROADWING COMMUNICATIONS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON UTILITIES AND TRANSPORTATION COMMISSION; and MARK H. SIDRAN, PATRICK J. OSHIE, and PHILIP B. JONES, in their Official Capacities as Commissioners of the Washington Transportation And Utilities Commission and not as Individuals,<br><br>Defendants | Case No.: C08-5563RBL<br><br>**ORDER TO STAY**<br><br>**NOTED ON MOTION CALENDER: February 13, 2009** |

Having reviewed Level 3 Communications, LLC's Motion to Stay, and being fully advised, the Court hereby ORDERS that the motion is GRANTED. The Court hereby:

(1) Stays the proceeding and suspends the briefing schedule in this matter until a date following a final order on the merits not subject to further review by a federal court of the issues identified in the case captioned *Qwest Corp. v. Level 3, Communications, LLC et al.*, Docket No. 08-15887, filed in the U.S. Court of Appeals for the Ninth Circuit; and

(2) Directs Level 3 to file periodic reports with the Court identifying the status of this matter in the Ninth Circuit and/or any other federal court.

DATED: this 16th day of March, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE